UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORY LANE QUICK OIL
CHANGE, INC., a Michigan corporation,

    Plaintiff/Counter-Defendant,

                                                                    Civil No. 07-14463
                                                                Hon. John Feikens

    v.

JOHN P. HOSS, an individual,
ROY W. STARBIRD, an individual,
CHECKERED FLAG OIL CHANGE
CENTER, INC., a Michigan corporation,

    Defendants/Counter-Plaintiffs.
_____

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have before me, Magistrate Judge Steven D. Pepe's Report and Recommendation ("Report"). In his Report, Magistrate Judge Pepe recommends that I grant Plaintiff's Motion for Leave to File Its Second Amended Complaint. Defendants filed an Objection to Magistrate Judge Pepe's Report and Recommendation. Having considered Defendants' Objection, I find that Magistrate Judge Pepe has thoroughly and correctly analyzed the issues and I agree with his recommendation. For these reasons, I OVERRULE Defendants' Objection, ADOPT Magistrate Judge Pepe's Report, and GRANT Plaintiff's Motion for Leave to File Its Second Amended Complaint.

**IT IS SO ORDERED.**

Date: August 10, 2009                    s/ John Feikens
                                         John Feikens
                                         United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on August 10, 2009, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager